# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| JAVIER LUIS, | Case No. 1:12-cv-629 |
| Plaintiff, | Weber, J. |
| vs. | Bowman, M.J. |
| JOSEPH ZANG, et al., | **ORDER** |
| Defendants. | |

This matter is before the Court on Plaintiff's motion for pro se ECF access (Doc. 73), seeking leave to register, electronically submit, and view documents and docket sheets in this case.  As Plaintiff demonstrates a willingness and capability to file documents electronically, the Court **GRANTS** Plaintiff permission to register to do so. .

Documents filed electronically shall conform substantially to the requirements of the Local Rules and to the format for the ECF system set out in the most current editions of the ECF Policies and Procedures Manual issued by the Clerk.  See S.D. Ohio Civ. R. 5.1(c).  Plaintiff must abide by the Court's ECF policies and procedures, as well as the Local and Federal Civil Rules.  By registering, Plaintiff consents to receiving notice of filings pursuant to the Federal Rules of Civil Procedure via the Court's electronic filing system.  Permission to file electronically may be revoked at any time.

**IT IS SO ORDERED.**

                                                        *s/Stephanie  K.  Bowman*
                                                        Stephanie K. Bowman
                                                        United States Magistrate Judge