UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JAVIER LUIS,

        Plaintiff,

vs.

JOSEPH ZANG, *et al.*,

        Defendants.

Civil Action No. 1:12-cv-00629
(Chief Judge Susan J. Dlott)
(Mag. Judge Stephanie Bowman)

## ENTRY OF DISMISSAL WITH PREJUDICE OF DEFENDANTS JOSEPH O. ZANG, MARY ZANG, JOSEPH ZANG CUSTOM BUILDERS, ZANG GENERAL CONTRACTORS, INC., MARY JILL DONOVAN, MICHAEL McCAFFERTY, MARY JILL DONOVAN, LLC D/B/A DONOVAN LAW, JOSEPH C. ZANG AND JOSEPH ZANG BUILDERS

Plaintiff Javier Luis and Defendants Joseph O. Zang, Mary Zang, Joseph Zang Custom Builders, Zang General Contractors, Inc., Mary Jill Donovan, Michael McCafferty, Mary Jill Donovan, LLC d/b/a Donovan Law, Joseph C. Zang and Joseph Zang Builders having settled and resolved all matters in dispute between them, it is hereby ORDERED that this action is dismissed with prejudice to refiling, each party to pay its own costs.

SO ORDERED.

_____
Susan J. Dlott, Chief Judge
United States District Court – S.D. Ohio

AGREED TO:

/s/ Javier Luis, per written authorization on October 17, 2013
Javier Luis (*Pro Se*)
4414 W. Minnehaha Street
Tampa, FL  33614-3638
(813) 455-2495 – Telephone
*Pro Se Plaintiff*

Andrew M. Smith (*Pro Hac Vice*)
SMITHBRIDGE, LLP
2 Penn Center
1500 JFK Boulevard, Suite 900
Philadelphia, PA  19102
(215) 564-5291 – Telephone
*Attorney for Defendants Joseph C. Zang and Joseph Zang Builders*

/s/ Kimberly A. Pramaggiore, per written authorization on October 17, 2013
Kimberly A. Pramaggiore (0066618)
KOHNEN & PATTON LLP
201 East Fifth Street
PNC Center, Suite 800
Cincinnati, Ohio 45202-2900
(513) 381-0656 – Telephone
(513) 381-5823 – Facsimile
kpramaggiore@kplaw.com
*Attorney for Defendants Mary Jill Donovan, Michael McCafferty and Donovan Law*

/s/ Charles C. Ashdown
Charles C. Ashdown (0037269)
STRAUSS TROY CO., LPA
The Federal Reserve Building
150 E. Fourth Street
Cincinnati, OH  45202-4018
(513) 621-2120 – Telephone
(513) 629-9426 – Facsimile
E-mail: *ccashdown@strausstroy.com*
*Trial Co-Counsel for Defendants Joseph O. Zang, Mary Zang, Joseph Zang Custom Builders and Zang General Contractors, Inc.*

/s/ Gary Hall, per written authorization on October 17, 2013
Gary L. Hall (0018693)
SMITH, ROLFES & SKAVDAHL CO., LPA
600 Vine Street, Suite 2600
Cincinnati, OH  45202
(513) 579-0080 – Telephone
(513) 579-0222 – Facsimile
E-mail: *ghall@smithrolfes.com*
*Trial Co-Counsel for Defendants Joseph O. Zang and Mary Zang*

zang - entry of dismissal.DOC

AGREED TO:

*/s/ Javier Luis*

Javier Luis (*Pro Se*)
4414 W. Minnehaha Street
Tampa, FL 33614-3638
(813) 455-2495 – Telephone
*Pro Se Plaintiff*

Andrew M. Smith (*Pro Hac Vice*)
SMITHBRIDGE, LLP
2 Penn Center
1500 JFK Boulevard, Suite 900
Philadelphia, PA 19102
(215) 564-5291 – Telephone
*Attorney for Defendants Joseph C. Zang
and Joseph Zang Builders*

Charles C. Ashdown (0037269)
STRAUSS TROY CO., LPA
The Federal Reserve Building
150 E. Fourth Street
Cincinnati, OH 45202-4018
(513) 621-2120 – Telephone
(513) 629-9426 – Facsimile
E-mail: ccashdown@strausstroy.com
*Trial Co-Counsel for Defendants
Joseph O. Zang, Mary Zang, Joseph Zang
Custom Builders and Zang General
Contractors, Inc.*

Kimberly A. Pramaggiore (0066618)
KOHNEN & PATTON LLP
201 East Fifth Street
PNC Center, Suite 800
Cincinnati, Ohio 45202-2900
(513) 381-0656 – Telephone
(513) 381-5823 – Facsimile
kpramaggiore@kplaw.com
*Attorney for Defendants Mary Jill
Donovan, Michael McCafferty and
Donovan Law*

Gary L. Hall (0018693)
SMITH, ROLFES & SKAVDAHL CO., LPA
600 Vine Street, Suite 2600
Cincinnati, OH 45202
(513) 579-0080 – Telephone
(513) 579-0222 – Facsimile
E-mail: ghall@smithrolfes.com
*Trial Co-Counsel for Defendants
Joseph O. Zang and Mary Zang*

3463206_1.doc