IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Javier Luis, :
:
    Plaintiff(s), :
: Case Number: 1:12cv629
vs. :
: Chief Judge Susan J. Dlott
Joseph Zang, et al., :
:
    Defendant(s). :

ORDER

    This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on March 5, 2013 a Report and Recommendation (Doc. 109).  Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 116) and defendants filed a response to the objections (Doc. 117).  Amended documents were filed with by both parties (Docs.118 and 120).

    The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

    Accordingly, the motion of Defendant Awareness technologies to dismiss all claims against it (Doc. 77) is **GRANTED.**  Plaintiff Luis's claims against that defendant alone in Civil Case No. 1:12cv629 is **DISMISSED.**

    IT IS SO ORDERED.

    ___s/Susan J. Dlott_____
    Chief Judge Susan J. Dlott
    United States District Court