IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Javier Luis,

    Plaintiff(s),

vs.

Awareness Technologies,

    Defendant(s).

Case Number: 1:12cv629

Judge Susan J. Dlott

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on March 28, 2017 a Report and Recommendation (Doc. 196). Subsequently, the plaintiff filed objections to such Report and Recommendation (Docs. 197 and 199). Plaintiff then filed a motion to file amended objections (Doc. 200) which the Court granted. Plaintiff did not file any additional objections, however, he filed another motion for leave to file amended objections ( Doc. 201) which is DENIED.

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendations should be adopted.

Accordingly, plaintiff's construed motion to further amend his complaint (Doc. 189) is GRANTED IN PART and otherwise DENIED. Plaintiff's motion to amend is GRANTED, but limited to the claims reflected in Counts I, II, V, and VII in Doc. 189-1 against the single Defendant Awareness Technologies, Inc. All other claims in the tendered amended complaint

are DISMISSED.

> IT IS SO ORDERED.

                                                  ___s/Susan J. Dlott_____
Judge Susan J. Dlott
United States District Court