# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

Javier Luis,
    Plaintiff,

vs

Joseph Zang, et al.,

    Defendant,

Case Number: 1:12-cv-629

(Dlott)

## JUDGMENT IN A CIVIL CASE

**Jury Verdict.**    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.**    This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:** The Court ADOPTS [225] Report and Recommendation. Accordingly, the Magistrate Judge's Report and Recommendation is hereby adopted as the opinion of this Court. Defendant Awareness Technologies' Motion for Summary Judgment [213] is GRANTED. Plaintiff's Objections [226] and [227] are overruled. Plaintiff's remaining motions [190],[228],[230],[232],[233] and [234] are hereby DENIED as moot.

June 8, 2018

Richard W. Nagel, Clerk of Court

By  <u>s/Jennifer Webster</u>
      Deputy Clerk