IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Javier Luis, :
:
    Plaintiff(s), :
: Case Number: 1:12cv629
vs. :
: Judge Susan J. Dlott
Joseph Zang, et al., :
:
    Defendant(s). :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on September 7, 2018 (Doc. 244), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired September 21, 2018, hereby ADOPTS said Report and Recommendation.

Accordingly, it is ORDERED that defendant's motion for Rule 11 sanctions is DENIED.

IT IS SO ORDERED.

                                                                     s/Susan J. Dlott
                                                                     Judge Susan J. Dlott
                                                                     United States District Court